IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>                      Plaintiff,         )<br>                                                           )<br>vs.                                                    )<br>                                                           )<br>$5,778 IN UNITED STATES        )<br>CURRENCY,                                   )<br>                                                           )<br>                      Defendant.     )<br>                                                           )<br>ROSE MEROLLA, Claimant.       ) | 8:06cv758<br><br>ORDER |

This case came before the court on the defendant's Motion to Continue Trial (#16). Counsel for the parties appeared telephonically. Nancy Svoboda represented the government and Michael Levy represented the claimant. Argument was heard and the court finds good cause to grant the motion. Therefore,

**IT IS ORDERED:**

1. The defendant's Motion to Continue Trial (#16) is granted.

2. The non-jury trial is continued to **Tuesday, June 17, 2008 at 9:00 a.m.,** before the undersigned magistrate judge.

3. The remainder of the Order on Pretrial Conference (#15) remains in effect.

Dated this 18th day of March 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge