## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **8:06CV758** |
| **$5,778.00 IN UNITED STATES** | ) | |
| **CURRENCY,** | ) | **ORDER** |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **ROSE MEROLLA,** | ) | |
| | ) | |
| **Claimant.** | ) | |

A status conference was held on Monday, July 14, 2008. The Claimant personally attended the conference. At that time, the Claimant was given until August 12, 2008 to retain substitute counsel and was advised that her claim would be dismissed if new counsel did not enter an appearance on or before August 12, 2008. To date, substitute counsel has not entered an appearance. In accordance with the July 14, 2008 proceeding, and pursuant to NECivR 41.1,

**IT IS ORDERED** that the Answer [7] filed by the Claimant, Rose Merolla, is hereby stricken and the Clerk shall enter default against the Claimant, Rose Merolla.

**DATED August 19, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**